FLORENCE B. SCIAKY, Appellant, v. RODGERS & HAGERTY, INC., Respondent, Impleaded with Another.

Submitted March 8, 1938; decided April 12, 1938.

*Murray L. Halpern, Paul Englander, I. Vernon Werbin* and *Bennett E. Siegelstein* for appellant. The plaintiff is entitled to interest on the verdict from the date when the damage accrued. (*Weprin & Glass Building Corp. v. Rosoff Subway Constr. Co.,* 269 N. Y. 672; *Parrott v. Knickerbocker & New York Ice Companies,* 46 N. Y. 361.)

*Harry Merwin* and *John F. Collins* for respondent. Interest on the verdict should be computed from the date of the commencement of the action. (Civ. Prac. Act, § 480; *de Carricarti* v. *Blanco,* 121 N. Y. 230; *Sickles* v. *Herold,* 149 N. Y. 332; *Cutter* v. *New York,* 92 N. Y. 166; *Aronowsky* v. *Goldberger-Raabin Co.,* 250 App. Div. 731; *Freedman* v. *Hart & Early Co.,* 162 Misc. Rep. 487.)

*Per Curiam.* We are of opinion that interest on the verdict should be added from the time the damage accrued. (See *Weprin & Glass Building Corp.* v. *Rosoff Subway Constr. Co.,* 269 N. Y. 672.)

The judgment of the Appellate Division should be reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Judgment accordingly.